**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7336**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAMION L. JONES, a/k/a Bootsie, a/k/a Bootsy, a/k/a Damion Leniel Jones, a/k/a Damion Leaniel Jones, a/k/a Damion Leneil Jones, a/k/a Damion Dee,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, District Judge. (2:12-cr-00152-MSD-DEM-1)

Submitted: November 19, 2015        Decided: November 24, 2015

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Damion L. Jones, Appellant Pro Se.  Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damion L. Jones appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jones, No. 2:12-cr-00152-MSD-DEM-1 (E.D. Va. Mar. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED